Clarion GAINES, Plaintiff–Appellant,

v.

CRESCENT GUARDIAN, INC., Defendant–Appellee.

No. 05–30758

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 24, 2006.

John Courtney Wilson, Metairie, LA, for Plaintiff–Appellant.

Albert C. Miranda, Miranda, Warwick, Milazzo, Giordano & Hebbler, Metairie, LA, for Defendant–Appellee.

Before KING, DeMOSS, and PRADO, Circuit Judges.

*ORDER OF DISMISSAL FOR LACK OF APPELLATE JURISDICTION*

PER CURIAM: *

Plaintiff's notice of appeal expressly states that appeal is taken "from the Order entered July 1, 2005 dismissing counts 2 and 3 of her complaint." The order referenced in the notice of appeal is not a final order or a final judgment. It dismisses only counts 2 and 3 of plaintiff's original petition. The district court did not certify the order appealed from as immediately appealable pursuant to Rule 54(b) of the Federal Rules of Federal Procedure; this

---

**464**

Court has not granted permission in any way for an interlocutory appeal.

Accordingly, this appeal is dismissed for lack of appellate jurisdiction.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.